There is no Nebraska Supreme Court release of opinions for the week of November 29, 2013, due to the Thanksgiving holiday.